FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 25 2009

CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Lopez, Manuel ) <br> ) <br> Defendant. ) | Case No.: SA 09-86 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___S.D. California___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___his background, community ties unknown; bail resources unknown; conduct in absconding from supervision;___

1    _prior FTA_

2

3    and/or

4 B.   (X) The defendant has not met his/her burden of establishing by clear and
5    convincing evidence that he/she is not likely to pose a danger to the safety of any
6    other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7    finding is based on _prior conv for narcotics offense,_
8    _recent conv for new offense committed while_
9    _def still under supervision_

10

11

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.

15

16 DATED: _2/25/09_

17                             ROBERT N. BLOCK
                              UNITED STATES MAGISTRATE JUDGE